```
IN THE UNITED STATES DISTRICT COURT
   FOR THE WESTERN DISTRICT OF TENNESSEE
              WESTERN DIVISION
```

| | |
|---|---|
| JAMES LESTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:10-cv-02138-JPM-dkv |
| | ) |
| LOGAN'S ROADHOUSE, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION:
ORDER GRANTING APPLICATION TO PROCEED <u>IN FORMA PAUPERIS</u>**

Before the Court is the Report and Recommendation of Magistrate Judge Diane K. Vescovo (the "Report and Recommendation"), filed July 2, 2014 (ECF No. 92), recommending that the Court grant Plaintiff's application to proceed <u>in forma pauperis</u>, filed February 6, 2014 (ECF No. 83), and February 19, 2014 (ECF No. 84). No objections to the Report and Recommendation have been filed, and the time for filing objections has expired. (<u>See</u> ECF No. 92 at 2.)

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes. On clear-error review of the Report and Recommendation, the Court hereby ADOPTS the Report

and Recommendation in its entirety.  Accordingly, Plaintiff's application to proceed in forma pauperis is GRANTED.

**IT IS SO ORDERED,** this 17th day of July, 2014.

<pre>
                                /s/ Jon P. McCalla
                                JON P. McCALLA
                                UNITED STATES DISTRICT JUDGE
</pre>